**Order entered July 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00012-CV

### MELVIN WEST, Appellant

### V.

### SOUTHERN COUNTY MUTUAL INSURANCE COMPANY, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00176-E**

## ORDER

Before the Court is appellant's July 10, 2013 motion for an extension of time to file a reply brief. Appellant requested an extension until July 12, 2013. As of today's date, appellant has not tendered his reply brief. Accordingly, we **DENY** appellant's motion as moot.

On the Court's own motion, we extend the time for appellant to file a reply brief to **July 24, 2013**.

/s/   CAROLYN WRIGHT
CHIEF JUSTICE